**No. 16,669.**

Fox Greater Theatres, Inc. *v.* Burrows.
(234 P. [2d] 624)

Decided July 16, 1951.

Per Curiam.

Judgment affirmed en banc without written opinion.

Messrs. Wolvington & Wormwood, for plaintiff in error.

Mr. Wm. A. Sackmann, Mr. Maurice Reuler, for defendant in error.